Emanuel W. Bloomingdale, Appellant, v. Mary A. Duffy, as Executrix, etc., of James J. Duffy, Deceased, Respondent, Impleaded with Staple Realty Company.— Determination affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. Christopher C. O'Brien, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Rhinelander Waldo, as Fire Commissioner of the City of New York, Respondent, v. Levin Seelig, Appellant.— Determination affirmed, with costs and disbursements, and judgment absolute rendered against defendant pursuant to stipulation, with costs. No opinion.

Guardian Trust Company of New York, Respondent, v. Church Construction Company and Others, Respondents, Impleaded with Crescent Brick and Supply Company and Others, Appellants, and Others.— Judgment affirmed, with costs. No opinion.

Louis Hochstein, Appellant, Impleaded with Abraham Feldman, v. Vanderveer Crossings, Incorporated, Respondent. (Action No. 1.)— Order affirmed, with costs and disbursements. No opinion.

Louis Hochstein, Appellant, Impleaded with Abraham Feldman, v. Vanderveer Crossings, Incorporated, Respondent. (Action No. 2.)— Order affirmed, with costs and disbursements. No opinion.

C. S. Goss & Company, Appellant, v. Clayton S. Goss, Respondent. (Action No. 4.)— Judgment and order affirmed, with costs. No opinion.

Clayton S. Goss, Respondent, v. C. S. Goss & Company and Clair Foster, Appellants. (Action No. 3.)— Judgment and order affirmed, with costs. No opinion.

Charles Peterson, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs, on the authority of O'Brien v. Mayor, etc. (139 N. Y. 543) and Williams v. City of New York (130 App. Div. 182).

Ernestine Volkmer, Respondent, v. Nicholas Meyer and Commercial Advertiser Association, Appellants.— Judgment and order affirmed, with costs. No opinion.

John D. Antonopulos, Appellant, v. Charles B. Stover, Individually and as Commissioner of Parks, Boroughs of Manhattan and Richmond, of the City of New York, and Others, Respondents.— Judgment affirmed, with costs. No opinion.

In the Matter of the Application of The City of New York, Respondent, Appellant, Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Bronx Boulevard, etc., from Old Boston Post Road to East Two Hundred and Forty-second Street (De Milt Avenue), in the Twenty-fourth Ward, Borough of The Bronx, The City of New York. Michael E. Devlin, Appellant, Respondent.— Order affirmed, without costs. No opinion.